| ATTORNEY GRIEVANCE COMMISION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. AG Docket No. 12 September Term, 2019 |
| | * | |
| NEDA BIGGS | * | (No. C-14-CV-19-000077, Circuit Court for Kent County) |

## O R D E R

UPON CONSIDERATION of the Joint Petition filed by the Attorney Grievance Commission of Maryland and Respondent, Neda Biggs, to place the Respondent on Inactive Status by Consent pursuant to Maryland Rule 19-736(c), it is this <u>11th</u> day of February, 2020,

ORDERED, by the Court of Appeals of Maryland, that the Joint Petition be, and it is hereby GRANTED, and the Respondent, Neda Biggs, is hereby placed on Inactive Status; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Neda Biggs from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



 /s/ Robert N. McDonald 
Senior Judge

Suzanne C. Johnson, Clerk